# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| D'LESIA CHAMBERS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    Case No. 6:15-3074-CV-S-MDH |
| | ) |
| DYLAN CORPORATE SERVICES, | ) |
| INC. and ROBERT J. ECKHOLT, | ) |
| | ) |
|       Defendants. | ) |

## POST MEDIATION STATUS REPORT

1. The parties mediated this matter on July 21, 2015. The required parties were all present. The session was productive, but did not result in a settlement of the case. The parties have a better understanding of each sides claims/defenses and a better understanding of where the parties stand on the dollars that it will take to resolve the matter completely.

2. Additional settlement discussions will probably be productive after some additional discovery.

3. Counsel for Plaintiff submits this report after sharing this report and receiving input or approval from both the Mediator and opposing parties.

| | |
|---|---|
| CARNAHAN, EVANS, CANTWELL & BROWN, P.C. | Respectfully submitted, |
| 2805 S. Ingram Mill Road | CARNAHAN, EVANS, CANTWELL |
| P.O. Box 10009 |    & BROWN, P.C. |
| Springfield, Missouri 65808-0009 | |
| Phone: (417) 447-4400 | By: __/s/__ Joseph D. Sheppard, III_____ |
| Fax: (417) 447-4401 |    Joseph D. Sheppard, III |
| E-mail: jsheppard@cecb.com |    Missouri Bar No. 37525 |
| ATTORNEYS FOR PLAINTIFFS | |

# CERTIFICATE OF SERVICE

The undersigned certifies that a complete copy of the foregoing document was served upon the attorneys of record for each party to the above action via electronic filing with the U.S. District Court, Southern Division of the Western District of Missouri on the 24th day of July, 2015, and via email to the following:

Mark McFarland at mmcfarland@wallacesaunders.com

Ron Mitchell at Mitchell@brmclaw.com

Jill A. Morris at Jill_Morris@mow.uscourts.gov


.  /s/ Joseph D. Sheppard, III
    Attorney of Record


JDS/rss
15913-001/Doc #572756
7/24/2015 3:21 PM