IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| D'LESIA CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:15-cv-03074 MDH |
| | ) |
| DYLAN CORPORATE SERVICES, | ) |
| INC. and ROBERT J. ECKHOLT, | ) |
| | ) |
| Defendants. | ) |

## JOINT DISCOVERY STATUS REPORT

**COMES NOW** Plaintiff, through counsel, filing this Joint Discovery Status Report for the period ending August 28, 2015, with defense counsel consent, as required by the Court's Scheduling and Trial Order.

1. Mediation was held on July 21, 2015, and the parties filed their Mediation Report thereafter. The mediation was unsuccessful.

2. Discovery was advanced at the mediation as the parties voluntarily exchanged additional documentation.

3. On July 17, 2015, the Plaintiff filed responses and objections to Defendants' Request for Production of Documents and Interrogatories; produced several hundred pages of documentation to Defendants in responses to Defendants' Request for Production of Documents; and answered all but four (4) of Defendants' twenty-one (21) Interrogatories containing several subparts. Several of those answers were subject to objections.

4. On that same day, Plaintiff also filed a Supplemental Rule 26a Disclosure.

5. On August 17, 2015, counsel for Plaintiff and Defendants discussed the resolution of the discovery objections.

6. On July 27, 2015, Plaintiff served its Second Request for Production of Documents upon both Defendants.

7. On August 26, 2015, Defendants filed their Responses and Objections to Plaintiff's Second Request for Production of Documents to each Defendant.

Respectfully submitted,

CARNAHAN, EVANS, CANTWELL & BROWN, P.C.
2805 S. Ingram Mill Road
P.O. Box 10009
Springfield, Missouri 65808-0009
Phone: (417) 447-4400
Fax: (417) 447-4401
E-mail: jsheppard@cecb.com
ATTORNEYS FOR PLAINTIFFS

CARNAHAN, EVANS, CANTWELL & BROWN, P.C.

By: /s/ Joseph D. Sheppard, III
    Joseph D. Sheppard, III
    Missouri Bar No. 37525

WALLACE SAUNDERS
10111 W. 87th Street
Overland Park, Kansas 66212
Phone: (913) 888-1000
Fax: (913) 888-1065
mmcfarland@wallacesaunders.com

WALLACE SAUNDERS

By: /s/ Mark E. McFarland
    Mark E. McFarland
    Missouri Bar No. 57332

## CERTIFICATE OF SERVICE

The undersigned certifies that a complete copy of the foregoing document was served upon the attorneys of record for each party to the above action via electronic filing with the U.S. District Court, Southern Division of the Western District of Missouri on the 3rd day of September, 2015.

/s/ Joseph D. Sheppard, III
Attorney of Record

JDS/rss
15913-001/Doc #579360  9/3/2015 2:27 PM