| Entity | Account | Date | Check No. | Transaction Type | Name | Category No. 1 | Category No. 2 | Deposits | Withdrawals |
|---|---|---|---|---|---|---|---|---|---|
| Palo Verde Fund, LP | IBF 5471 | 10/25/10 | | Wire | Dylan Corporate Services | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 10,118.40 |
| Palo Verde Fund, LP | IBF 5471 | 11/16/10 | | Wire | Dylan Corporate Services | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 20,032.00 |
| Palo Verde Fund, LP | IBF 5471 | 03/15/11 | | Wire | Dylan Corporate Services | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 11,116.00 |
| Palo Verde Fund, LP | PEK 4710 | 06/03/11 | 401013939 | Check | Dylan Corporate Services | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 3,310.00 |
| Palo Verde Fund, LP | PEK 4710 | 09/12/11 | | Funds Paid | Dylan Corporate Services, Inc. | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 15,161.75 |
| Palo Verde Fund, LP | PEK 4710 | 09/05/11 | | Funds Paid | Dylan Corporate Services, Inc. | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 3,911.00 |
| Palo Verde Fund, LP | PEK 4710 | 11/14/11 | | Funds Paid | Dylan Corporate Services, Inc. | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 27,960.75 |
| Palo Verde Private Equity Fund, LP | PEK 3741 | 11/21/11 | | Funds Paid | Dylan Corporate Services, Inc./OMB Bank Acct #2010 re: fund exp on Fisher for diligence | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 967.50 |
| Palo Verde Private Equity Fund, LP | PEK 3741 | 04/25/12 | | Funds Paid | Dylan Corporate Services, Inc./OMB Bank Acct #2010 re: legal expense | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 612.50 |
| Palo Verde Private Equity Fund, LP | PEK 3741 | 04/25/12 | | Funds Paid | Dylan Corporate Services, Inc./OMB Bank Acct #2010 re: PE Expense | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 2,307.50 |
| Palo Verde Fund, LP | Merlin 5100 | 12/17/12 | | Wire | UKB Bank NA; Dylan Corp. Services per GL | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 14,774.50 |
| Palo Verde Private Equity Fund, LP | Schwab 9872 | 02/05/13 | | Funds Paid | Dylan Corporate Services, Inc./OMB Bank Acct #2010 | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 4,447.50 |
| Palo Verde Fund, LP Credit Card | Tracy Stacy | 04/09/13 | | | Dylan Corporate Services Linwood KS | Business Transactions | Professional Fees - Dylan Corporate Services, Inc. | | 13,616.33 |
| | | | | | | | | | 132,927.68 |



EXHIBIT A

PENGAD 800-631-6989