PVPE, LLC & Palo Verde Fund, LP
Sources & Uses Analysis: Executive Summary | Exhibit 1

**SOURCES OF CASH:**

| | | | |
|---|---|---|---|
| Investor Transactions | | | |
| Investor Deposits | | $ | 37,481,719 |
| Investor Withdrawals | | $ | 12,558,882 |
| Net Investor Transactions | | $ | 24,922,836 |
| Business Income | | | 43,735,791 |
| Gross Inca Loan Proceeds | | | 600,000 |
| Unknown Deposits | | | 40,878,486 |
| | TOTAL SOURCES OF CASH: | $ | 110,137,114 |

**USES OF CASH:**

| | | |
|---|---|---|
| Net Investment Losses | $ | (16,960,257) |
| Net Securities Losses | | (3,675,021) |
| Net Transfers to Related Parties | | |
| Tony Stacy | | (3,811,868) |
| Jim Strickland | | (30,142) |
| Paul Ross | | (130,671) |
| Martin Garber | | (32,315) |
| Calvin Purdin | | (6,450) |
| Subtotal | | (4,011,446) |
| Business Expenses | | |
| Payroll Expenses | | (2,241,213) |
| Professional Fees | | (837,087) |
| Legal Fees | | (337,726) |
| Miscellaneous Business Expenses | | (36,623,480) |
| Rent | | (564,520) |
| Cynthia Robertson Interior Designs | | (143,706) |
| Subtotal | | (40,747,733) |
| Other Transactions | | |
| Credit Card/Loan Payments | | (21,974,501) |
| Miscellaneous Individuals | | (381,452) |
| Miscellaneous Other Transactions | | (74,591) |
| Inca Loan Fees & Closing Costs | | (20,725) |
| Subtotal | | (22,451,269) |
| Unknown Withdrawals | | (16,785,261) |
| Net Intercompany Transfers to Non-Summarized Accounts | | (6,554,016) |
| TOTAL USES OF CASH: | $ | (111,185,002) |
| REMAINING BALANCE (AS OF 12/31/13): | $ | (1,047,888) |

EXHIBIT
B
PENGAD 800-631-6989

DRAFT - Preliminary and Tentative
Subject to Change

**PVPE, LLC & Palo Verde Fund, LP**
**Sources & Uses Analysis: Summary**            **Exhibit 2**

| Category | Deposits | Withdrawals | Net Total | Notes |
|---|---|---|---|---|
| ***Intercompany Transfers*** | | | | |
| Palo Verde Fund, LP - JEF 0194 | 987,089 | 12,867,638 | (11,880,549) | |
| Palo Verde Fund, LP - JEF 0195 | 21,765,554 | 41,908 | 21,723,646 | |
| Palo Verde Fund, LP - JEF 5471 | 5,345,664 | 25,342,031 | (19,996,367) | |
| Palo Verde Fund, LP - JEF 5472 | 12,337,089 | 2,059,000 | 10,278,089 | |
| Palo Verde Fund, LP - JEF 5473 | 3,663,748 | 690,841 | 2,972,906 | |
| Palo Verde Fund, LP - Merlin 3200 | 84,866 | 2,738,493 | (2,653,627) | |
| Palo Verde Fund, LP - Merlin 6048 | 302,925 | - | 302,925 | |
| Palo Verde Fund, LP - PER 4710 | 3,367,322 | 3,214,757 | 152,566 | |
| Palo Verde Fund, LP - PER 4714 | 277,058 | 257,642 | 19,416 | |
| Palo Verde Fund, LP - Think 9978 | 190,841 | 500,051 | (309,210) | |
| Palo Verde Fund, LP American Express | - | 283,766 | (283,766) | |
| Palo Verde Private Equity Fund, LP - PER 5741 | 1,460,015 | 210,000 | 1,250,015 | |
| Palo Verde Private Equity Fund, LP - Schwab 9872 | 346,591 | 258,807 | 87,784 | |
| PVPE, LLC - Chase 2048 | 743 | 15,500 | (14,757) | |
| PVPE, LLC - Chase 9353 | 322,930 | 1,889,335 | (1,566,405) | |
| Empire Financial Services, Inc. - Security 9958 | 20,786,452 | 22,273,744 | (1,487,292) | |
| Empire Financial Services, Inc. - Security 1685 | - | 1,598 | (1,598) | |
| Empire Financial Services, Inc. - Security 0085 | 21,431,468 | 17,474,935 | 3,956,533 | |
| Empire Financial Services, Inc. - Security 1715 | 67 | 532,560 | (532,493) | |
| Empire Financial Services, Inc. - Security 0332 | 283,985 | 284,349 | (364) | |
| Empire Financial Services, Inc. - Merlin 3769 | 1,286,934 | 3,255,778 | (1,968,844) | |
| Empire Financial Services, Inc. - Firstar 9325 | 9,833 | 10,000 | (167) | |
| American Energy Solutions 4124 | 3,330,934 | 212,087 | 3,118,847 | |
| American Energy Solutions 4132 | 6,087 | 3,073,374 | (3,067,287) | |
| Acumen Energy Solutions 9372 | - | 100,000 | (100,000) | |
| **Subtotal Intercompany Transfers** | **97,588,194** | **97,588,194** | **-** | |
| | | | | |
| ***Other Intercompany Transfers (Non-Summarized Accounts)*** | | | | |
| Palo Verde Fund, LP - MFG 0600 | 1,462,000 | 1,500,000 | (38,000) | [1] |
| Paragon Capital Advisors, LLC - ONB Bank & Trust | 3,113 | 12,842 | (9,730) | [2] |
| American Energy Solutions (unknown Acct) | 7,163 | 4,497,063 | (4,489,901) | |
| Acumen Energy (unknown acct) | - | 236,875 | (236,875) | |
| Acumen Energy Bill.com Account | 206,078 | 1,985,590 | (1,779,511) | |
| **Subtotal Other Intercompany Transfers** | **1,678,353** | **8,232,370** | **(6,554,016)** | |
| | | | | |
| ***Related Parties*** | | | | |
| Calvin Purdin | - | 6,450 | (6,450) | |
| Jim Strickland - Cable Expense | - | 1,717 | (1,717) | |
| Jim Strickland - Personal Expenses | 265 | 10,029 | (9,764) | |
| Jim Strickland - Restaurants/Groceries | - | 7,860 | (7,860) | |
| Jim Strickland - Travel | 418 | 11,219 | (10,801) | |
| Martin Garber | - | 32,315 | (32,315) | |
| Paul Ross | 37,000 | 366,726 | (329,726) | [3] |
| Paul Ross - CMT / PAR III, Inc. | 352,613 | 115,900 | 236,713 | [3] |
| Paul Ross - Personal Expenses | - | 341 | (341) | |
| Paul Ross - Restaurants/Groceries | - | 9,034 | (9,034) | |
| Paul Ross - Travel Expenses | 391 | 28,675 | (28,283) | |
| Tony Stacy | 89,773 | 577,982 | (488,209) | |
| Tony Stacy - Alan Kaplan Note | 150,000 | - | 150,000 | |
| Tony Stacy - Barry Zemel Note | 150,000 | - | 150,000 | |
| Tony Stacy - Cable Expense | - | 25,898 | (25,898) | |
| Tony Stacy - Cash Withdrawals | - | 15,160 | (15,160) | |

**DRAFT - Preliminary and Tentative**
**Subject to Change**          Page 2 of 10

008822

PVPE, LLC & Palo Verde Fund, LP
Sources & Uses Analysis: Summary                                                                    Exhibit 2

| Category | Deposits | Withdrawals | Net Total | Notes |
|---|---|---|---|---|
| Tony Stacy - Credit Card Payment (PV Capital, LLC) | 359,801 | - | 359,801 | |
| Tony Stacy - DC Ranch | - | 38,359 | (38,359) | |
| Tony Stacy - Empire Repayment from Inca Loan | - | 360,135 | (360,135) | [4] |
| Tony Stacy - Eruces Stock Purchase | - | 425,000 | (425,000) | [5] |
| Tony Stacy - Nephro Tech I LLC | - | 175,000 | (175,000) | |
| Tony Stacy - ONB Bank/PFG Loan | - | 131,860 | (131,860) | |
| Tony Stacy - Personal Expenses | 3,304 | 465,734 | (462,430) | |
| Tony Stacy - Palo Verde Capital, LLC | 143,250 | 1,071,124 | (927,874) | [6] |
| Tony Stacy - Patrick Horsman Loan | 325,000 | 210,000 | 115,000 | [7] |
| Tony Stacy - Rachael Stacy | - | 42,103 | (42,103) | |
| Tony Stacy - Restaurants/Groceries | - | 110,931 | (110,931) | |
| Tony Stacy - Travel Expenses | 1,813 | 197,310 | (195,497) | |
| Tony Stacy - Tulsa Nat'l Bank | - | 47,831 | (47,831) | [8] |
| Tony Stacy - Verde Capital | 882,525 | - | 882,525 | |
| Tony Stacy - Whisper Rock | - | 23,854 | (23,854) | [9] |
| **Subtotal Related Parties** | **2,496,154** | **4,508,547** | **(2,012,394)** | |
| | | | | |
| *Investments* | | | | |
| Aeromedical Collection Service | 93,545 | 250,726 | (157,181) | |
| AFI Investments, LLC | 1,549,894 | 1,350,000 | 199,894 | |
| American Energy Solutions | 903,172 | 4,452,167 | (3,548,995) | |
| Arizona Diamondbacks | 725,000 | 635,000 | 90,000 | |
| Aviary China II, LLP | 15,138 | 250,000 | (234,862) | |
| Aviary China III, LLP | - | 1,000,000 | (1,000,000) | |
| Bees Free, Inc. | - | 250,188 | (250,188) | |
| BOAI Pharmaceuticals/Asia Leechdom Holding Corp. | 379,105 | 463,151 | (84,046) | [10] |
| Empire Financial Services, Inc. | - | 1,403,852 | (1,403,852) | [11] |
| FF Arabian, LLC | 4,000,000 | 8,278,784 | (4,278,784) | [13] |
| FF Touchback, LLC | 3,600,000 | 3,000,000 | 600,000 | |
| HPCG Hospital Investment, LLC | 609,692 | 2,742,804 | (2,133,112) | |
| Ice Now, LLC | 150,000 | 550,000 | (400,000) | |
| John & Nancy Pearce | 259,000 | 200,000 | 59,000 | |
| Once Fallen, LLC | 1,250,000 | 1,000,000 | 250,000 | |
| Palo Properties, LLC | 1,105 | 1,212,760 | (1,211,655) | [14] |
| Palo Properties, LLC - Schwab 7279 | 444 | 919,031 | (918,586) | [15] |
| Palo Properties, LLC - Property Taxes Paid from Inca Loan | - | 3,019 | (3,019.17) | [12] |
| Palo Verde Energy Fund, LLC | - | 997,691 | (997,691) | |
| Phoneternet DBA Maestro | 1,170,667 | 1,000,000 | 170,667 | |
| PV Capital, LLC/Chris Jensen | 345,000 | 495,500 | (150,500) | |
| SDX Acquisition, LLC | 12,730 | 683,792 | (671,062) | |
| Sidewinder Investment Group LLC | 39,092 | 722,621 | (683,529) | |
| South Yale Properties, LLC | 290,000 | 655,092 | (365,092) | [16] |
| South Yale Properties, LLC - Schwab 8823 | 48,255 | 262,612 | (214,357) | [17] |
| TCP-GBS Investment I, LLC | 142,083 | 275,000 | (132,917) | |
| TCP Mach Speed Investment, LLC | 246,087 | 369,202 | (123,114) | |
| TCP Peds Rehab, LLC | 279,254 | 250,000 | 29,254 | |
| TCP SuccessED | 562,500 | 1,003,200 | (440,700) | |
| Trunkbow International Holdings Limited | 972,156 | 1,006,857 | (34,701) | |
| The Reserve/HPCG Real Estate Fund I, LLC | 2,629,363 | 2,100,000 | 529,363 | |
| USDA Capital Corp. | 15,821,122 | 15,121,015 | 700,107 | |
| Wolfgang Puck Bistro | - | 150,600 | (150,600) | |
| **Subtotal Investments** | **36,094,406** | **53,054,662** | **(16,960,257)** | |

DRAFT - Preliminary and Tentative
Subject to Change

Case 6:15-cv-03074-MDH   Document 42-2   Filed 11/12/15   Page 3 of 10

PVPE, LLC & Palo Verde Fund, LP
**Sources & Uses Analysis: Summary** Exhibit 2

| Category | Deposits | Withdrawals | Net Total | Notes |
|---|---|---|---|---|
| *Investor Transactions* | | | | |
| Palo Verde Global Core Plus, LP | 66,568 | 47,423 | 19,145 | [18] |
| C. Scott Anthony | 100,000 | 113,713 | (13,713) | [19] |
| Lynne H. Anthony Revocable Trust Dtd. 11/30/2001 | 2,158,000 | - | 2,158,000 | |
| William Austin IRA | 460,408 | 21,611 | 438,797 | |
| Keevin Barnes | 286,653 | 20,000 | 266,653 | |
| Keevin Barnes Roth IRA | 6,000 | - | 6,000 | |
| Michael Beck IRA | 450,000 | 144,425 | 305,575 | |
| Edward H. Bellatti | 1,000,000 | 743,051 | 256,949 | |
| Bentley Bobrow | 459,965 | 486,377 | (26,412) | |
| Bentley Bobrow IRA | 358,500 | 379,086 | (20,586) | |
| Kenny Bobrow Trust | 750,000 | 803,344 | (53,344) | |
| John R. Cassimus IRA | 467,000 | - | 467,000 | |
| John R. Cassimus Roth IRA | 15,000 | - | 15,000 | |
| D'Lesia Lynn Chambers | 1,000,000 | 16 | 999,984 | |
| Ashley Dalton IRA | 49,000 | 28,025 | 20,975 | |
| Bryan Dalton | 144,000 | 146,089 | (2,089) | |
| Bryan Dalton SEP IRA | 119,500 | - | 119,500 | |
| The Robert A. & Pamela L. East Revocable Trust | 223,398 | 222,948 | 450 | |
| Robert Eckholt | 250,000 | - | 250,000 | |
| Michael Farley | 1,150,000 | - | 1,150,000 | |
| Michael Farley IRA | 105,216 | - | 105,216 | |
| Martin Garber, Jr. IRA | 1,000,000 | - | 1,000,000 | |
| Barbara J. Gilmore IRA | 339,636 | 33,095 | 306,541 | |
| Barbara J. Gilmore IRA (Inherited) | 670,000 | 121,177 | 548,823 | |
| Gerald R. Hale IRA | 756,350 | 675 | 755,675 | |
| Janie B. Hale IRA | 16,000 | 250 | 15,750 | |
| Janie B. Hale Revocable Trust Dtd. 11/04/1994 | 427,005 | - | 427,005 | |
| Neely & Susan Hall | 481,000 | 214,050 | 266,950 | |

Case 6:15-cv-03074-MDH   Document 42-2   Filed 11/12/15   Page 4 of 10

PVPE, LLC & Palo Verde Fund, LP
Sources & Uses Analysis: Summary                                                Exhibit 2

| Category | Deposits | Withdrawals | Net Total | Notes |
|---|---|---|---|---|
| Neely Keith Hall IRA | 49,000 | 23,050 | 25,950 | |
| Ronnie W. Herron Revocable Trust Dtd. 01/28/2003 | 826,405 | - | 826,405 | |
| Gloria Jane Hooker IRA | 284,000 | - | 284,000 | |
| Leroy G. Hooker IRA | 56,000 | - | 56,000 | |
| Craig H. Jackson Trust Dtd. 06/06/1997 | 9,000,000 | 2,238,938 | 6,761,062 | |
| Rachel M. Jensen | 90,000 | 92,473 | (2,473) | |
| Robert Krier IRA | 64,000 | - | 64,000 | |
| Steva K. Krier | 16,000 | 150 | 15,850 | |
| Leonard Family Trust | 451,370 | 77,000 | 374,370 | |
| Patricia S. Leonard IRA | 38,500 | 250 | 38,250 | |
| Patricia S. Leonard IRA (Inherited) | 55,500 | - | 55,500 | |
| Philip A. Logsdon IRA | 750,000 | 587,796 | 162,204 | |
| Brenda L. Maples SEP IRA | 775,000 | 548,684 | 226,316 | |
| Shane Martin | 326,588 | 46,300 | 280,288 | |
| Shane Martin Roth IRA | 19,000 | 500 | 18,500 | |
| Shane Martin SEP IRA | 11,500 | 200 | 11,300 | |
| Shane Martin Simple IRA | 86,000 | - | 86,000 | |
| Carolyn Sue Mcmillon IRA | 300,000 | 28,350 | 271,650 | |
| Larry Mcmillon IRA | 200,000 | 19,000 | 181,000 | |
| Patricia R. Mcwilliams Trust Dtd. 03/16/2006 | 300,012 | 283,011 | 17,001 | |
| Bryce Molder | 600,000 | 555,000 | 45,000 | |
| Nbm Corp. Employee Stock Ownership Plan Trust A&B | 750,000 | - | 750,000 | |
| Joan O'Toole IRA | 21,015 | 1,153 | 19,862 | |
| Tim & Joan O'Toole JTWROS | 461,000 | 10,000 | 451,000 | |
| Tim O'Toole IRA | 36,325 | 692 | 35,633 | |
| Tim O'Toole IRA (Inherited) | 176,350 | 16,640 | 159,710 | |
| Andrew Parkinson Revocable Trust IMA | 500,000 | 510,106 | (10,106) | |
| Kay Parkinson Revocable Trust IMA | 500,000 | 510,106 | (10,106) | |
| Deidre M. Peters IRA | 500,000 | 284,600 | 215,400 | |
| Victor R. Postillion | 100,000 | 94,175 | 5,825 | |
| James Stanley Powers IRA | 321,000 | 241,200 | 79,800 | |
| Patricia Ann Powers Trust | 59,000 | 4,500 | 54,500 | |
| Calvin O. & Pamela S. Purdin Jt Ten | 654,453 | 100,000 | 554,453 | |
| Calvin O. Purdin IRA | 163,034 | 500 | 162,534 | |
| Randy Riall IRA | 550,000 | 500 | 549,500 | |
| Lendell E. Rice | 64,500 | 65,292 | (792) | |
| Lendell E. Rice IRA | 135,500 | 137,165 | (1,665) | |
| Se Partners, LLC 401K Plan | 54,990 | 54,990 | 0 | |
| Se Partners, LLC Defined Benefit Plan | 321,761 | 321,761 | - | |
| Jean Shildt IRA | 153,500 | - | 153,500 | |
| Todd & Jean Shildt | 145,446 | - | 145,446 | |
| Todd Shildt IRA | 181,500 | - | 181,500 | |
| Charles Shipp IRA | 179,500 | 250 | 179,250 | |
| Jolyn Smith IRA | 252,000 | 29,400 | 222,600 | |
| Lloyd Smith IRA | 154,000 | 100 | 153,900 | |
| Robert Sonnenschein IRA | 909,949 | 648 | 909,302 | |
| James P. Strickland | 70,000 | 91,875 | (21,875) | |
| Robert Sugar IRA | 1,000,000 | 1,044,402 | (44,402) | |
| United Heating & Cooling, Inc. | 1,000,000 | 1,004,917 | (4,917) | |
| James Westerman IRA | 262,321 | 852 | 261,469 | |
| Karla Westerman IRA | 68,500 | 2,000 | 66,500 | |
| Karla Westerman Trust | 128,000 | 5,000 | 123,000 | |
| **Subtotal Investor Transactions** | **37,481,719** | **12,558,882** | **24,922,836** | |

DRAFT - Preliminary and Tentative
Subject to Change

PVPE, LLC & Palo Verde Fund, LP
Sources & Uses Analysis: Summary
Exhibit 2

| Category | Deposits | Withdrawals | Net Total | Notes |
|---|---|---|---|---|
| **Securities Transactions** | | | | |
| Gains & Losses | 22,973,394 | 22,958,419 | 14,976 | |
| Interest & Dividends | 236,740 | 34,201 | 202,539 | |
| Purchases & Sales | 675,315,394 | 679,207,930 | (3,892,536) | |
| **Subtotal Securities Transactions** | 698,525,529 | 702,200,550 | (3,675,021) | |
| | | | | |
| **Business Transactions** | | | | |
| Advisory Fees | 1,081,395 | 4,292 | 1,077,102 | [8] |
| Consulting Fees | 26,151 | 216,833 | (190,683) | |
| 401k Contributions | - | 72,328 | (72,328) | |
| Advertising | - | 123,656 | (123,656) | |
| Bank Fees | 77 | 25,656 | (25,579) | |
| Bloomberg Finance LP | - | 47,454 | (47,454) | [20] |
| Commissions | - | 32,627 | (32,627) | |
| Cynthia Robertson Interior Designs | - | 143,706 | (143,706) | [21] |
| Dues & Licenses | - | 20,533 | (20,533) | |
| Miscellaneous | 249 | 7,730 | (7,482) | |
| Insurance - Business | 7 | 86,774 | (86,767) | |
| Insurance - Disability | - | 7,427 | (7,427) | |
| Insurance - Employee Medical | - | 313,936 | (313,936) | |
| Insurance - Life | - | 4,181 | (4,181) | |
| Interest | 10 | - | 10 | |
| Legal Fees - Albright Rusher & Hardcastle, PC | - | 2,119 | (2,119) | |
| Legal - BF&D | - | 5,000 | (5,000) | |
| Legal Fees - Business Filings | - | 267 | (267) | |
| Legal Fees - Gillett Mottern & Walker LLP | - | 64,853 | (64,853) | |
| Legal Fees - Gordon & Rees, LLP | - | 2,500 | (2,500) | |
| Legal Fees - Johnson & Jones | - | 828 | (828) | |
| Legal Fees - Jones Gotcher & Bogan PC | - | 10,592 | (10,592) | [22] |
| Legal Fees - Mustoe Law Firm | - | 9,210 | (9,210) | [22] |
| Legal Fees - Wilkin McMurray PLLC | - | 318 | (318) | |
| Legal Fees - Winter Law Group PLC | - | 82,080 | (82,080) | [22] |
| Legal Fees - Matthew Janssen | - | 2,250 | (2,250) | |
| Legal Fees - Duane Morris LLP | - | 1,454 | (1,454) | |
| Legal Fees - CT Corporation | - | 3,219 | (3,219) | |
| Legal Fees - Michael S. Martin | - | 25,308 | (25,308) | |
| Legal Fees - Shaffer Lombardo Shurin | - | 47,250 | (47,250) | |
| Legal Fees - Chinnery Evans & Nail | - | 605 | (605) | |
| Legal Fees - Davis, Ketchmark, McCreight & Kennedy | - | 5,000 | (5,000) | |
| Legal Fees - Kenneth S. Womack | - | 10,200 | (10,200) | |
| Legal Fees - Dunn & Davison | - | 5,000 | (5,000) | |
| Legal Fees - Galamyk & Associates | - | 40,000 | (40,000) | |
| Legal Fees - Jones, Gotcher & Bogan | - | 5,172 | (5,172) | |
| Legal Fees - Lundeen & Lundeen | - | 1,225 | (1,225) | |
| Legal Fees - McDowell, Rice, Smith & Buchanan | - | 12,259 | (12,259) | |
| Legal Fees - Monroe & Associates | - | 1,018 | (1,018) | |
| Meals | - | 547 | (547) | |
| Office Supplies & Services | 10,503 | 743,228 | (732,726) | |
| Payroll Expenses | 27 | 2,241,240 | (2,241,213) | [8] |
| Professional Fees - Connally & Associates, PC | - | 62,192 | (62,192) | |
| Professional Fees - Dylan Corporate Services, Inc. | - | 132,928 | (132,928) | [22][23] |
| Professional Fees - Morgan Hunter Co. | - | 26,774 | (26,774) | |
| Professional Fees - Clark, Geer, Latham & Assoc. | - | 476 | (476) | |
| Professional Fees - Dun & Bradstreet | - | 1,208 | (1,208) | |

Simon Consulting, LLC
Robert Sonnenschein, et. al. v. Palo Verde Capital, LLC, et. al.

PVPE, LLC & Palo Verde Fund, LP
Sources & Uses Analysis: Summary                                                                          Exhibit 2

| Category | Deposits | Withdrawals | Net Total | Notes |
|---|---|---|---|---|
| Professional Fees - MarksNelson | - | 15,365 | (15,365) | |
| Professional Fees - Holmes & Holmes | - | 274 | (274) | |
| Professional Fees - Smith & Boucher | - | 117,207 | (117,207) | |
| Professional Fees - Freudenrich Benefits Consulting | - | 116,640 | (116,640) | |
| Professional Fees - LLB&L | - | 900 | (900) | |
| Professional Fees - McGladrey & Pullen, LLP | - | 102,558 | (102,558) | |
| Professional Fees - Michael J Liccar & Co CPAs | - | 92,239 | (92,239) | |
| Professional Fees - PartnersAdmin LLC | - | 141,000 | (141,000) | |
| Professional Fees - Pilgrim Funds | - | 4,097 | (4,097) | |
| Professional Fees - Ronald Stone | - | 14,000 | (14,000) | |
| Professional Fees - Securities Compliance Advisors | - | 8,775 | (8,775) | |
| Professional Fees - Tulsa Connect | - | 454 | (454) | |
| Rent | - | 564,520 | (564,520) | |
| Simple IRA Contributions | - | 79,163 | (79,163) | [8] |
| Shipping | 18 | 41,967 | (41,949) | |
| Taxes | 390 | 1,669,791 | (1,669,401) | |
| Telecommunications | 266 | 239,307 | (239,041) | |
| Travel | - | 4,692 | (4,692) | |
| Utilities | - | 16,039 | (16,039) | |
| Empire Contract Revenue | 40,984,114 | 720,404 | 40,263,710 | |
| Empire Cost of Goods Sold | 1,165 | 31,751,296 | (31,750,131) | |
| American Energy Revenue | 2,315,894 | - | 2,315,894 | |
| American Energy Cost of Goods Sold | 30,679 | 1,359,223 | (1,328,544) | |
| Acumen Energy Revenue | 269,767 | - | 269,767 | |
| Acumen Cost of Goods Sold | - | 19,286 | (19,286) | |
| **Subtotal Business Transactions** | **44,720,710** | **41,732,652** | **2,988,059** | |
| | | | | |
| *Inca Loan Transactions* | | | | |
| Inca Loan - Gross Loan Proceeds | 600,000 | - | 600,000.00 | [12] |
| Inca Loan - Loan Fees & Closing Costs | 481 | 21,206 | (20,725.00) | [12] |
| **Subtotal Inca Loan Transactions** | **600,481** | **21,206** | **579,275** | |

DRAFT - Preliminary and Tentative
Subject to Change

Case 6:15-cv-03074-MDH   Document 42-2   Filed 11/12/15   Page 7 of 10

**PVPE, LLC & Palo Verde Fund, LP**
**Sources & Uses Analysis: Summary**                                        **Exhibit 2**

| Category | Deposits | Withdrawals | Net Total | Notes |
|---|---|---|---|---|
| ***Miscellaneous Individuals*** | | | | |
| Andy Scherer | - | 5,200 | (5,200) | |
| Alan Kaplan | - | - | - | |
| Barry Zemel | - | - | - | |
| Brian Walterbach | - | 1,695 | (1,695) | |
| Chris Jensen | - | 13,400 | (13,400) | |
| Cyndy Johnston | - | 1,277 | (1,277) | |
| Dale Jensen | - | 1,500 | (1,500) | |
| Dan Patterson | - | 100,000 | (100,000) | |
| David Beene | - | 3,136 | (3,136) | |
| David Raubach | - | 9,167 | (9,167) | |
| Dwight Smith | - | 1,809 | (1,809) | |
| Henry Pol | - | 1,060 | (1,060) | |
| Joe Sposi | - | 5,975 | (5,975) | |
| Joe Worden | - | 48,530 | (48,530) | |
| John Heilner | - | 22,607 | (22,607) | |
| Leroy Dollarhide | - | 4,000 | (4,000) | |
| Mika Yates | - | 16,442 | (16,442) | |
| Meg Flannagan | - | 1,250 | (1,250) | |
| Patrick W. Bartle | - | 9,900 | (9,900) | |
| Stephanie Hollingshead | - | 117,367 | (117,367) | |
| Troy Moran - Mary K. Moran | - | 7,354 | (7,354) | |
| Valerie Lynch | - | 9,784 | (9,784) | |
| **Subtotal Miscellaneous Individuals** | - | 381,452 | (381,452) | |
| | | | | |
| ***Other Transactions*** | | | | |
| Auto Payment | - | 44,464 | (44,464) | |
| Charitable Contributions | - | 2,300 | (2,300) | |
| Credit Card/Loan - BankFirst | - | 18,794 | (18,794) | |
| Credit Card/Loan - BancFirst Loan | - | 4,459,649 | (4,459,649) | |
| Credit Card/Loan - Capital One | - | 72,859 | (72,859) | |
| Credit Card/Loan - Chase | - | 240,947 | (240,947) | |
| Credit Card/Loan - Citi Cards | - | 4,570 | (4,570) | |
| Credit Card/Loan - City National Bank | 209,452 | 805,320 | (595,868) | |
| Credit Card/Loan - Empire American Express | - | 68,025 | (68,025) | |
| Credit Card/Loan - HSBC Card Services | - | 354 | (354) | |
| Credit Card/Loan - Oklahoma State Bank | - | 266,468 | (266,468) | |
| Credit Card/Loan - Security Bank | - | 13,685,125 | (13,685,125) | |
| Credit Card/Loan - RCB Bank Pioneer | - | 2,304,503 | (2,304,503) | |
| Credit Card/Loan - Washington Mutual | - | 150 | (150) | |
| Credit Card/Loan - Imperial Credit Corporation | - | 60,814 | (60,814) | |
| Credit Card/Loan - Crossfirst | 142,000 | 71,374 | 70,626 | |
| Credit Card/Loan - Arvest | - | 105,000 | (105,000) | |
| Credit Card/Loan - Unknown | 69,000 | 181,000 | (112,000) | |
| Harvey Howard, Inc. | - | 10,500 | (10,500) | |
| JB Leach, LLC | - | 12,000 | (12,000) | |
| Loan - Robert Eckholt | - | 50,000 | (50,000) | |
| Paragon Financial Group | 26,795 | 9,053 | 17,742 | |
| RMJ Electrical Contractors | - | 23,069 | (23,069) | |
| Reversed Items | 1,959,309 | 1,959,309 | - | |
| **Subtotal Other Transactions** | 2,406,556 | 24,408,884 | (22,002,328) | |

**DRAFT - Preliminary and Tentative**
**Subject to Change**

PVPE, LLC & Palo Verde Fund, LP
**Sources & Uses Analysis: Summary**                                                                    Exhibit 2

| Category | Deposits | Withdrawals | Net Total | Notes |
|---|---|---|---|---|
| **Verde Capital Transactions** | | | | |
| Red Mountain Storage | - | 1,999,052 | (1,999,052) | |
| | | | | |
| ***Unknown Transactions*** | | | | |
| Unknown Transfers | 6.500 | 15,549 | (9,049) | |
| Empire Financial Services - Unknown Transactions | 27,738,921 | 13,269,004 | 14,469,918 | |
| American/Acumen Unknown Transactions | 13,133,065 | 3,500,707 | 9,632,357 | |
| Subtotal Unknown Transactions | 6,500 | 15,549 | 24,093,225 | |
| **Grand Total** | **962,470,587** | **963,518,475** | **(1,047,888)** | |
| | | | 0 | |

Notes:
[1]  This account with MF Global is a currency exchange account. MF Global has since gone bankrupt and ceased activity. All attempts to obtain bank records were unsuccessful. - Per Tony Stacy
[2]  The original bank account for the Paragon Capital Advisors, LLC, General Partner of the fund. - Per Tony Stacy
[3]  Paul Ross paid his PAR III (non-receivership, non-Fund company) payroll through the General Partner's bank account and payroll system. - Per Paul Ross and Tony Stacy
[4]  $360,135 in proceeds from the Inca loan on the Palo Properties house were used to repay Empire Financial Services for the Cancer Care Associates contract.
[5]  Stock purchased and held by DC Capital Partners, LLC. - Per Tony Stacy. On the books as a loan to the General Partner.
[6]  Non-receivership entity. Palo Verde Capital, LLC was the Registered Investment Advisor company operated by Tony Stacy. - Per Tony Stacy
[7]  Note between Tony Stacy and Patrick Horsman to repay Empire Financial Services for the Cancer Care Associates contract.
[8]  Per Paragon Capital Advisors, LLC's Quickbooks provided by Tony Stacy.
[9]  Golf Membership held by Tony Stacy.
[10] Palo Verde Fund, LP borrowed $1 million from Bay Peak, LLC to purchase shares and warrants in BOAI Pharmaceuticals, LLC. Bay Peak indicated that the Fund has made payments totaling $511,526; however the Receiver is unable to locate alleged payments of $11,554.00 on 05/20/11, $20,747.14 on 07/07/11, and $16,074.00 on 09/14/11 from the receivership entities' bank accounts.

[11] Payments to Empire Financial Services included various fund business expenses.
[12] Palo Properties, LLC borrowed $600,000.00 from Inca Properties secured by the entity's property. The loan proceeds were used as shown below, and the remaining funds ($215,640.00) were deposited into a Palo Verde, LP bank account. A partial refund of these closing costs totaling $480.83 was later deposited into an account held by Palo Verde Private Equity Fund, LP.

| | | |
|---|---|---|
| Gross loan proceeds | $ | 600,000.00 |
| Paid to Empire Financial Services, Inc. | | (360,135.00) |
| Property taxes paid on behalf of Palo Properties, LLC | | (3,019.17) |
| Loan fees & closing costs | | (21,205.83) |
| Net loan proceeds deposited to Palo Verde Fund, LP account: | $ | 215,640.00 |

[13] The $4,000,000 received was an investment in the fund, not a repayment of the investment. This receipt is used to offset the investment for the purposes of this analysis.
[14] Includes the purchase of the DC Ranch property as well as payments made by the fund on behalf of Palo Properties, LLC.
[15] Consists of transfers made between Palo Verde Fund's bank account and a bank account dedicated to Palo Properties, LLC.
[16] Includes the purchase of the properties as well as payments made and received by the fund on behalf of South Yale Properties, LLC.

[17] Consists of transfers made between Palo Verde Fund's bank account and a bank account dedicated to South Yale Properties, LLC.

[18] Palo Verde Global Core Plus was an entity operated by Tony Stacy and Bob Boulware under the Palo Verde Umbrella. It was disbanded after one year - Per Tony Stacy.
[19] Scott Anthony's interest in the fund is primarily through the Lynne H. Anthony Trust. Scott and Lynne divorced in 2011.
[20] A terminal was rented from Bloomberg, LP for trading activity.

**DRAFT - Preliminary and Tentative**
**Subject to Change**

PVPE, LLC & Palo Verde Fund, LP
Sources & Uses Analysis: Summary                                                                 **Exhibit 2**

| Category | Deposits | Withdrawals | Net Total | Notes |
| --- | --- | --- | --- | --- |

[21] Interior designer for Palo Properties as well as Palo Verde's office. The Receiver believes the design services provided to Palo Properties were paid by Palo Properties.

[22] Includes investment-related expenses.

[23] Dylan Corporate Services is an accounting and consulting firm owned and operated by Robert Eckholt. Dylan Corporate Services provided due diligence and accounting work for the fund on multiple investments. Dylan also provided private jet services to Tony Stacy. - Per Tony Stacy