IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| D'LESIA CHAMBERS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 6:15-cv-03074 MDH |
| DYLAN CORPORATE SERVICES, INC. and ROBERT J. ECKHOLT, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All the parties to this action hereby stipulate to the dismissal of all claims, counterclaims and cross claims brought by any of the undersigned parties, with prejudice.

Respectfully submitted,

CARNAHAN, EVANS, CANTWELL & BROWN, P.C.
2805 S. Ingram Mill Road
P.O. Box 10009
Springfield, Missouri 65808-0009
Phone: (417) 447-4400
Fax: (417) 447-4401
E-mail: jsheppard@cecb.com
ATTORNEYS FOR PLAINTIFFS

CARNAHAN, EVANS, CANTWELL & BROWN, P.C.

By: __/s/ Joseph D. Sheppard, III__
Joseph D. Sheppard, III
Missouri Bar No. 37525

WALLACE SAUNDERS
10111 W. 87th Street
Overland Park, Kansas 66212
Phone: (913) 888-1000
Fax: (913) 888-1065
mmcfarland@wallacesaunders.com

WALLACE SAUNDERS

By: __/s/ Mark E. McFarland__
Mark E. McFarland
Missouri Bar No. 57332

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a complete copy of the foregoing document was served upon the attorneys of record for each party to the above action via electronic filing with the U.S. District Court, Southern Division of the Western District of Missouri on the 21st day of December, 2015.

.                                                  /s/ Joseph D. Sheppard, III
                                                       Attorney of Record

RSS/15913-001/Doc #596927
12/21/2015 11:35 AM