IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| D'LESIA CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:15-cv-03074-MDH |
| | ) | |
| DYLAN CORPORATE SERVICES, INC., and | ) | |
| ROBERT J. ECKHOLT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. No. 43). Based on the parties' stipulation, the Court hereby dismisses this case in its entirety, with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 28, 2015         　　　　　/s/ Douglas Harpool　　　　　　
　　　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**